LS
F. #2022R00128

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SHEU HONG TAM YIP,                          24-CR-293 (NRM)
       also known as "Suzanne,"
       also known as "Susan," and
GUIXIANG YUE,
       also known as "Charlie,"

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Leonid Sandlar from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Trial Attorney Leonid Sandlar
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6879
        Email: leonid.sandlar@usdoj.gov

        In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Leonid Sandlar at the email address set forth above.

Dated:    Brooklyn, New York
           September 12, 2025

                                          Respectfully submitted,

                                          LORINDA LARYEA
                                          Acting Chief, Fraud Section
                                          Criminal Division
                                          U.S. Department of Justice

                              By:    /s/ Leonid Sandlar
                                          Leonid Sandlar
                                          Trial Attorney
                                          U.S. Department of Justice

cc:    Clerk of the Court