## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Clay H. Kaminsky          DATE:  10/7/25

DOCKET NUMBER:   24CR293(NRM)                 LOG#:  2:26 – 2:32

DEFENDANT'S NAME:   Sheu Tam Yip
✓ Present     ___ Not Present     ___ Custody     ✓ Bail

DEFENSE COUNSEL:   Hugh Mo
___ Federal Defender     ___ CJA     ✓ Retained

A.U.S.A:  Patrick Campbell                    CLERK:  Felix Chin

INTERPRETER:  Tvo Huang on stand by  (Language)  Mandarin

Defendant arraigned on the: ___ indictment  ✓ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start 10/7/25  Stop 1/8/26

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for  1/8/26 @ 2:00  before Judge  Morrison

Other Rulings: _____