# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Joseph Marutollo | **DATE:** 10/17/2025 |
| **CLERK:** D. Wright | |
| **DOCKET #:** 24 CR 293(s-1)(NRM) | **LOG TIME:** 2:21-2:33pm |
| **DEFENDANTS NAME:** Guixiang Yue | |

| | | | |
|---|---|---|---|
| **x** Present | ___ Not Present | ___ Custody | **x** Bail |

**DEFENSE COUNSEL:** Peter Brill

| | | | |
|---|---|---|---|
| ___ Court Appointed | ___ Federal Defender | ___ CJA | **x** Retained |

**A.U.S.A:** Leonid Sandlar

| | |
|---|---|
| **INTERPRETER:** Shi Feng | **LANGUAGE:** Mandarin |

Defendant arraigned on the: ___ Complaint ___ Indictment **x** Superseding Indictment ___ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | **x** Defendants first appearance. |
| ___ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| **x** DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| | |
|---|---|
| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for _____ |
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| **x** Order of Excludable Delay/Speedy Trial entered. | Start Date: 10/17/2025 | End Date: 1/8/2026 |

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |
| ___ Removal (Rule 5) Proceeding held. | |
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

**x** Status conference set for **1/08/2026** @ **10:30am** before District Judge: Morrison

**Other Rulings:** Defendant arraigned on the Superseding Indictment; Bond continued.