MJC
F. #2022R00128

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | BILL OF PARTICULARS |
| - against - | 24-CR-293 (S-1) (NRM) |
| SHEU HONG TAM YIP, also known as "Suzanne," and "Susan," and GUIXIANG YUE, also known as "Charlie," | |
| Defendants. | |

- - - - - - - - - - - - - - X

      The United States of America, by and through JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, and Michael J. Castiglione, Assistant United States Attorney, hereby files, pursuant to Federal Rule of Criminal Procedure 32.2(a), the following Bill of Particulars for Forfeiture of Property.

      The above-captioned Superseding Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 982(a)(1), 982(b)(1), 982(a)(7), and Title 21, United States Code, Section 853(p), in connection with Counts One through Fourteen of the Superseding Indictment. The United States hereby gives notice to the defendants that the United States is seeking forfeiture of the following asset pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(b)(1), and Title 21, United States Code, Section 853(p), as to Count Four of the Superseding Indictment:

    (i)    approximately $69,463.00 in United States currency seized by law enforcement on or about November 10, 2022, in Queens, New York.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Brooklyn, New York
November 26, 2025

                                              JOSEPH NOCELLA, JR.
                                              United States Attorney
                                              Eastern District of New York
                                              271-A Cadman Plaza East
                                              Brooklyn, New York 11201

                                By:   /s/ Michael J. Castiglione
                                        Michael J. Castiglione
                                        Assistant U.S. Attorney
                                        (718) 254-7533

To:   All Counsel of Record (by ECF)