

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC/LS
F. #2022R00128

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 2, 2025

By ECF

Peter Brill, Esq.
PBrill@brill-legal.com

Hugh H. Mo, Esq.
Hhmo@hhmolaw.com
Elizabeth L. Mo, Esq.
Elmo@hhmolaw.com

      Re:   United States v. Sheu Hong Tam Yip & Guixiang Yue
                Criminal Docket No. 24-293 (S-1) (NRM)

Dear Counsel:

      Pursuant to Federal Rule of Evidence 902(11), the government hereby gives notice that it intends to introduce at trial business records under Federal Rules of Evidence 803(6) and 902(11). The specific business records the government intends to introduce at trial, and the corresponding certification from the records' custodian, are identified below by Bates numbers:

- Bank of America records Bates-numbered DOJ_24-CR-293_0002083 through DOJ_24-CR-293_0007798, whose certification is Bates-numbered DOJ_24-CR-293_0002082;

- Flushing Bank records Bates-numbered DOJ_24-CR-293_0227993 through DOJ_24-CR-293_0228331, whose certification is Bates-numbered DOJ_24-CR-293_0227993;

- HSBC Bank records Bates-numbered DOJ_24-CR-293_0014391 through DOJ_24-CR-293_0017252, whose certification is Bates-numbered DOJ_24-CR-293_0000039938 through DOJ_24-CR-293_0000039939;

- JPMC records Bates-numbered DOJ_24-CR-293_0014529 through DOJ_24-CR-293_0016225, whose certification is Bates-numbered DOJ_24-CR-293_0014529;

- JPMC records Bates-numbered DOJ_24-CR-293_0001506 through DOJ_24-CR-293_0014484, whose certification is Bates-numbered DOJ_24-CR-293_0001506;

- JPMC records Bates-numbered DOJ_24-CR-293_0093240 through DOJ_24-CR-293_0107051, whose certification is Bates-numbered DOJ_24-CR-293_0093240;

- TD Bank records Bates-numbered DOJ_24-CR-293_0000078738 through DOJ_24-CR-293_0000085277, whose certification is Bates-numbered DOJ_24-CR-293_0000085277;

- TD Bank records Bates-numbered DOJ_24-CR-502_0018438 through DOJ_24-CR-502_0048186, whose certification is Bates-numbered DOJ_24-CR-502_0018512;

- TD Bank records Bates-numbered DOJ_24-CR-502_0001068 through DOJ_24-CR-502_0001501, whose certification is Bates-numbered DOJ_24-CR-502_0001071;

- TD Bank records Bates-numbered DOJ_24-CR-293_0091407 through DOJ_24-CR-293_0092804, whose certification is Bates-numbered DOJ_24-CR-293_0092804;

- TD Bank records Bates-numbered DOJ_24-CR-293_0226306 through DOJ_24-CR-293_0227708, whose certification is Bates-numbered DOJ_24-CR-293_0226325;

- TD Bank records Bates-numbered DOJ_24-CR-293_0017253 through DOJ_24-CR-293_0018588, whose certification is Bates-numbered DOJ_24-CR-293_0018588; and

- TD Bank records Bates-numbered DOJ_24-CR-293_0000076276 through DOJ_24-CR-293_0000078737, whose certification is Bates-numbered DOJ_24-CR-293_0000078737.

We are available to discuss should you have any questions.

    Very truly yours,

    JOSEPH NOCELLA, JR.
    United States Attorney

    LORINDA LARYEA
    Acting Chief, Fraud Section
    Criminal Division
    U.S. Department of Justice

By:   /s/ *Patrick J. Campbell*
    Patrick J. Campbell
    Leonid Sandlar
    Trial Attorneys, Fraud Section
    Criminal Division
    U.S. Department of Justice
    (202) 262-7067

cc:    Clerk of the Court (NRM) (by ECF)