Case 1:24-cr-00293-NRM    Document 52    Filed 12/02/25    Page 1 of 2 PageID #: 243



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TJT:PJC/LS  
F. #2022R00128

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 2, 2025

<u>By ECF</u>

The Honorable Nina R. Morrison  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    <u>United States v. Sheu Hong Tam Yip, et al.</u>  
               <u>Criminal Docket No. 24-293 (S-1) (NRM)</u>

Dear Judge Morrison:

      The government respectfully submits this letter to request a minor correction to the superseding indictment in the above-captioned case: the correction of the physical location of My Physical Therapy and Acupuncture P.L.L.C. ("My PT"). Paragraph 27 of the superseding indictment describes My PT as a medical provider located in "Brooklyn, NY," but it was located in Queens, NY.

      The Court may order this correction because it corrects a "merely technical error[], such as typographical or clerical mistakes" and "does not alter the essential substance of the charging terms." <u>United States v. Miller</u>, 116 F.3d 641, 669–70 (2d Cir. 1997) (allowing the insertion of a defendant's name into one count of an indictment after it was inadvertently omitted); <u>United States v. Dhinsa</u>, 243 F.3d 635, 667 (2d Cir. 2001) (quoting <u>United States v. Lorefice</u>, 192 F.3d 647, 653 (7th Cir. 1999)) ("'An indictment may be altered without resubmission to the grand jury as long as the alteration makes no material change and there is no prejudice to the defendant.'"); <u>see also</u> <u>United States v. Cirami</u>, 510 F.2d 69, 72 (2d Cir. 1975).

      Here, the location of My PT is not material to the elements of the charged offenses and does not alter any charging language, and therefore its correction does not prejudice the defendants. Accordingly, the Court should order the correction.

The government has conferred with defense counsel for both defendants, who consent to this request.

                                        Respectfully submitted,

                                        LORINDA LARYEA
                                        Acting Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

By:   /s/ Patrick J. Campbell
                                        Patrick J. Campbell
                                        Leonid Sandlar
                                        Trial Attorneys
                                        Criminal Division, Fraud Section
                                        U.S. Department of Justice
                                        (202) 262-7067

cc:    Clerk of Court (NRM) (by ECF)
        All counsel of record (by ECF)