

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC/LS
F. #2022R00128

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 8, 2025

<u>By ECF</u>

Peter Brill, Esq.
David Gray, Esq.
Brill Legal Group, P.C.
64 Hilton Avenue
Hempstead, NY 11550

Hugh H. Mo, Esq.
Elizabeth L. Mo, Esq.
The Law Firm of Hugh H. Mo, P.C.
225 Broadway, Suite 2702
New York, NY 10007

> Re:    United States v. Sheu Hong Tam Yip & Guixiang Yue
>        <u>Criminal Docket No. 24-293 (S-1) (NRM)</u>

Dear Counsel:

Pursuant to Federal Rule of Evidence 902(11), the government hereby gives notice that it intends to introduce at trial business records under Federal Rules of Evidence 803(6) and 902(11).  The specific business records the government intends to introduce at trial, and the corresponding certification from the records' custodian, are identified below by Bates numbers:

- Medicare Uniform Program Integrity Contractor records Bates-numbered DOJ_24-CR-293_0227737 through DOJ_24-CR-293_0227959, whose certification is Bates-numbered DOJ_24-CR-293_0228360 through DOJ_24-CR-293_0228362.

- Centene records Bates-numbered DOJ_24-CR-293_0228379, whose certification is Bates-numbered DOJ_24-CR-293_0228404;

- Healthfirst records Bates-numbered DOJ_24-CR-293_0228370 through DOJ_24-CR-293_0228371, whose certification is Bates-numbered DOJ_24-CR-293_0228398 and DOJ_24-CR-293_0228402;

- Elderplan records Bates-numbered DOJ_24-CR-293_0228365, whose certification is Bates-numbered DOJ_24-CR-293_0228403;

- Molina Healthcare records Bates-numbered DOJ_24-CR-293_0228373, whose certification is Bates-numbered DOJ_24-CR-293_0228332;

- VillageCareMAX records Bates-numbered DOJ_24-CR-293_0228378, whose certification is Bates-numbered DOJ_24-CR-293_0228333;

- Anthem/Integra records Bates-numbered DOJ_24-CR-293_0228408 through DOJ_24-CR-293_0228485, whose certification is Bates-numbered DOJ_24-CR-293_0228397;

- Extended MLTC records Bates-numbered DOJ_24-CR-293_0228368 through DOJ_24-CR-293_0228369, whose certification is Bates-numbered DOJ_24-CR-293_0228359; and

- Centers Plan for Healthy Living records Bates-numbered DOJ_24-CR-293_0228364, whose certification is Bates-numbered DOJ_24-CR-293_0228407.

Very truly yours,

LORINDA LARYEA
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:    */s/Patrick J. Campbell*
Patrick J. Campbell
Leonid Sandlar
Trial Attorneys, Fraud Section
Criminal Division
U.S. Department of Justice
(202) 262-7067

cc:    Clerk of the Court (NRM) (by ECF)

2